IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01430-BNB

DONALD VINSON,

Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -1 2008

GREGORY C. LANGHAM
                      CLERK

---

ORDER TO SUPPLEMENT RECORD

---

Applicant, Donald Vinson, Register Number 26027-086, was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the Federal Correctional Institution in Florence, Colorado, when he initiated the instant action by filing *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241. According to the Federal Bureau of Prisons' inmate locator on the BOP website, www.bop.gov, Mr. Vinson is "in transit" and has a project release date of November 21, 2008. On September 26, 2008, Mr. Vinson filed with the Court a change of address noting that he currently resides at 7812 South Sunnycrest Road in Seattle, Washington 98178. Therefore, Respondent will be directed to clarify the BOP inmate locator information concerning Mr. Vinson's current whereabouts. Respondent also will be directed to brief the Court as to whether the instant habeas corpus action is now moot. Accordingly, it is

ORDERED that Respondent is directed **within twenty (20) days from the date of this order** to clarify the Bureau of Prisons' inmate locator information concerning the current whereabouts of Applicant, Donald Vinson. It is

FURTHER ORDERED that Respondent is directed **within twenty (20) days from the date of this order** to brief the Court as to whether the instant habeas corpus action is now moot. It is

FURTHER ORDERED that the clerk of the court mail a copy of this order to Mr. Vinson at his current address, 7812 South Sunnycrest Road in Seattle, Washington 98178.

DATED September 30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01430-BNB

Donald Vinson
Reg. No. 26027-086
7812 S. Sunnycrest Road
Seattle, WA 98178

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/6/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk