IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01430-BNB

DONALD VINSON,

Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2008

GREGORY C. LANGHAM
CLERK

---

ORDER FOR REPLY FROM APPLICANT

---

Applicant, Donald Vinson, Register Number 26027-086, was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the Federal Correctional Institution in Florence, Colorado, when he initiated the instant action by filing *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241. On September 26, 2008, Mr. Vinson filed with the Court a change of address noting that he currently resides at 7812 South Sunnycrest Road in Seattle, Washington 98178.

Because the Federal Bureau of Prisons' inmate locator on the BOP website, www.bop.gov, indicated that Mr. Vinson was "in transit" and had a projected release date of November 21, 2008, the Court, in an order filed on October 1, 2008, directed Respondent within twenty days to supplement the record by clarifying the BOP inmate locator information concerning Mr. Vinson's current whereabouts and by briefing the Court as to whether the instant habeas corpus action now is moot. On October 20, 2008, Respondent filed a response to the order to supplement the record.

Mr. Vinson will be allowed twenty (20) days from the date of this order in which to reply to the October 20, 2008, response. Failure to do so within the time allowed will result in the dismissal of the instant action. Accordingly, it is

ORDERED that Applicant, Donald Vinson, is directed **within twenty (20) days from the date of this order** to reply to the response to order to supplement record filed by Respondent on October 20, 2008. It is

FURTHER ORDERED that if Applicant fails to reply to the October 20, 2008, response as directed, the habeas corpus application will be denied and the instant action will be dismissed without further notice.

DATED October 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01430-BNB

Donald Vinson
Reg. No. 26027-086
7812 S. Sunnycrest Road
Seattle, WA 98178

Michael Johnson
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/22/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk