IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01430-BNB

DONALD VINSON,

    Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Donald Vinson, Register Number 26027-086, was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the Federal Correctional Institution in Florence, Colorado, when he initiated the instant action by filing *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241. On September 26, 2008, Mr. Vinson filed with the Court a change of address noting that he currently resides at 7812 South Sunnycrest Road in Seattle, Washington 98178.

Because the Federal Bureau of Prisons' inmate locator on the BOP website, www.bop.gov, indicated that Mr. Vinson was "in transit" and had a projected release date of November 21, 2008, the Court, in an order filed on October 1, 2008, directed Respondent within twenty days to supplement the record by clarifying the BOP inmate locator information concerning Mr. Vinson's current whereabouts and by briefing the Court as to whether the instant habeas corpus action now is moot.

On October 20, 2008, Respondent filed a response to the order to supplement the record indicating that Mr. Vinson currently is living in a community corrections facility

in Seattle, Washington. The response further indicated that because Mr. Vinson had been placed in a community corrections facility, the one claim Mr. Vinson raised in his habeas corpus application, i.e., that the BOP had refused to authorized his placement in a community corrections facility, now is moot.

On October 22, 2008, the Court entered an order directing Mr. Vinson to file a reply to the October 20, 2008, response within twenty days from the date of the October 20 response. The October 22 order warned Mr. Vinson that his failure to do so within the time allowed would result in the dismissal of the instant action. Mr. Vinson has failed within the time allowed to reply to the October 20 response or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the instant action is dismissed without prejudice as moot and for failure to prosecute.

DATED at Denver, Colorado, this 25 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01430-BNB

Donald Vinson
Reg. No. 26027-086
7812 S. Sunnycrest Road
Seattle, WA 98178

Michael Johnson
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/25/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk